UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cr-00237-JPH-DML |
| ) | |
| ISHIAH JORDAN BETHEA, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [57]. The Court now **ORDERS** that Ishiah Bethea's supervised release is therefore **REVOKED**, dkts. [46], [50], and Mr. Bethea is sentenced to the custody of the Attorney General or his designee for imprisonment of ten (10) months with twelve (12) months' supervised release to follow. The Court recommends placement at FCI Terre Haute.

**SO ORDERED.**

Date: 2/16/2022

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana